# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21mj-218 |
| v. | **NOTICE OF APPEARANCE** |
| CORY KONOLD, | |
| Defendant. | |

  *Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: February 26, 2021

               Respectfully submitted,

               _____
               Joseph R. Conte, Bar #366827
               Counsel for Cory Konold
               Law Office of J.R. Conte
               400 Seventh St., N.W., #206
               Washington, D.C. 20004
               Phone:202.638.4100
               Fax:   202.628.0249
               E-mail:  dcgunlaw@gmail.com