# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00160-004 TJK |
| v. | **NOTICE OF WITHDRAWL OF APPEARANCE** |
| CORY KONOLD, | |
| Defendant | |

Undersigned counsel respectfully informs the Court that he is terminating his appearance as counsel of record in this matter.  The defendant has retained counsel.

Dated: April 27, 2021

                                             Respectfully submitted,

                                             _____

Joseph R. Conte, Bar #366827
Counsel for Cory Konold
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax:         202.628.0249
E-mail:      dcgunlaw@gmail.com

Withdrawal of Notice of Appearance
U.S. v. Calhoun, Cr. No.  1:21-cr-160-004 TJK
Page -1-

APPEARANCE WITHDRAWAL
21/04/27 09:23:36

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
202.638.4100
dcgunlaw@gmail.com