Selim Orbay
1810 E. Blacklidge Dr. APT 505
Tucson, Az 85719

January 21, 2024

RE: Cory Konold January 6th Case

To: The Honourable U.S. District Judge Timothy J. Kelly

My relationship to the defendant Cory Konold is from early childhood starting from elementary school to present day. The defendant has been a close friend of mine growing up and I have had the opportunity to have him in my life as we grew together into adulthood. I am writing this letter to attest to the defendant's qualities as an individual and his faults.

I have known the defendant to go out of his way to help others in his social circle and to be friendly when approaching strangers and attempting to build new relationships. Cory has always gone out of his way to help his friends or family when a situation occurs where his skill sets come into hand with or without being asked by others. He has a passion for natural life and has gone out of his way to help abandoned animals when he has come across them or cleaning up a hiking trail left littered by others. I have always known Cory as an individual I can depend on if I needed someone to assist me in a time of crisis or if I needed someone to be present with me. I have observed from knowing Cory that he has a strong work ethic, always trying to better his personal and financial situation to grow as an individual. From knowing Cory he has on occasions been obliging to his family when they asked for help to a fault which has led to unfortunate outcomes and lapses in judgment. While these situations and qualities I have observed from the defendant however he continues to endeavor to be better from his past mistakes and become a better man learning from his past mistakes.

I have not known Cory to be a person with ill intentions towards others. However I have opinions on how close members from his family have attempted to pull or influence the defendant into unacceptable situations.

I respectfully ask that when deliberating your judgment on the defendant for a minimum sentencing or enrollment into any programs that would have a positive impact both for the community and his personal growth in correcting his actions on January 6th, 2021.

With All Due Respect,

Selim Orbay

Cory Konold, I've known this young man for about 8 years. He is one of my best friends; he's more like a brother to me. Cory has always been there for his friends, he's helped me out a lot when I moved back home. He's always been a positive person, very overwhelmingly positive even when i didn't want to hear it but it did help through tough times. When I get truck troubles, he's always there to help out and to teach me how to do things on my vehicle and not once has he gotten frustrated with me. Cory is an incredibly patient, attentive, always put others first type of person. When any of his friends are away from home, he's always there to help out their families with no hesitation. He's always been a helpful and honest man of his word.

Francisco Arvayo
franko654@gmail.com
Tucson, AZ

Written on January 21st, 2024

To the honorable judge Kelly,

    It is an honor to be able to share what I know about Cory Konold. He is a man that you can count on when you need him most. He is not a malevolent or violent person, but instead someone who will help you whenever he can. Whether it be helping you move, or fixing your car on the side of the highway. He will always try his best to make time for you and be considerate of your needs.

    I've known Cory for over ten years and I can confidently say he is not an instigator. He is a calm and collected man, who has been there for me when I needed him. He stands up for his friends and what he believes in. I have always trusted Cory and will continue to do so, regardless of what people may say about him. I believe Cory when he says his sister did not tell him what he was getting into in Washington. To treat him like a criminal or an enemy of the state, would be negligent to the character of Cory. He has always been helpful and protective of those who know him. Cory deserves a chance to make amends for his mistakes. If anyone is deserving of mercy and a second chance it's Cory Konold. Thank you for taking the time to read this letter concerning Cory. I hope I have been able to show more of who Cory is in a more positive light.

Sincerely,
Francisco Arvayo

January 13, 2024

To Whom it May Concern;

My name is Dillon Ehrmantraut and I have known Cory Konold for approximately eight years. We became acquainted through a local parkour group that met on weekends. After a couple of years of practicing together our friendship became well-established.

Since then, Cory and I have spent a fair amount of time together. He has proven himself to be a very helpful and reliable friend. He is always encouraging a healthy lifestyle pertaining to physical and mental health whether it be eating well and staying active or easing my peace of mind during times of stress. Occasionally my grandfather will request my help with various tasks and I may ask Cory if he is willing to lend a hand and without hesitation, he is always happy to help.

When together, Cory and I typically spend our time doing a wide array of activities, such as hiking, camping, practicing parkour, or other forms of exercise. Apart from that, we will partake in watching movies or playing video games in our down time.

Cory truly is a great person and a great friend.

I hope this letter has provided more insight into the type of person Cory is.

Thank you for your time.

Sincerely,


Dillon Ehrmantraut
3801 West Oasis Drive
Tucson AZ 85742

## To whom it may concern in reference to Cory Konold

I have worked in the Electronic Security industry since 1982. Projects include several secret and top-secret facilities, like Fort Knox, and several other Army, Air Force and Navy bases across the world. I have worked with other foreign governments in the electronic Security industry as well.

I am a teacher/instructor for the United States largest electronic security manufacturing facility in the country. I travel the world, teaching others how our product work. I feel, I have become a good judge of character and can spot the good ones and the bad ones fairly quickly.

When it comes to personal property and family, I am extremely skeptic and will watch and critique for sometime to make sure my family is safe.

Cory has been working with me, remodeling my home for almost two months now. I never once felt uncomfortable or compromised. Cory has been courteous, respectful and goes the extra mile making sure my home is cleaner than it was when he got there in the morning. Cory has been kind with my wife and seven year-old daughter and they feel comfortable with him in our home. My two dogs also are great judges of characters. They go directly to Cory immediately when he comes in for the day

When Cory asked me for a letter of recommendation, I jumped on it immediately.

Please feel free to contact me directly if have any further questions.

Sincerely

Derric Roof
Tucson Arizona
520-977-7095

1/2/24

To the Honorable Magistrate,

I have known Cory Konold as a friend and neighbor for the past three years. I am happy to write this letter for him on this matter. I do understand the seriousness of the matter. I believe he made a mistake in being in the wrong place at the wrong time and is remorseful of the consequences it has caused.

Corey has always been a great and helpful neighbor to me and others on our street. He lended a hand when we needed it and has become a good friend. Through getting to know him, he is a hard worker, polite, and has good moral qualities.

It is my sincere hope that the court takes this letter into consideration. Despite the current case, I know he is a great individual, a standup member of our neighborhood, a friend and a good human being.

Sincerely,

1-19-23

Thomas West

7216 E. 28th St

Tucson, AZ 85710

Dear Judge,

I known Cory since freshmen year of High school, so roughly about 14 years of my life. He has been a very highly motivational person, and is very family and friend oriented. He is very passionate on the things he works on. He has used that motivation to help others, such myself to focus on important things, such the understandings of physical health and eating the correct foods that are nutritional. Cory has spoken highly of wanting to commit to school someday to pursue his passion and able to use that knowledge to teach others for the better good.

Sincerely,

Manuel Mendoza

Cory Konold, a man you can not simply describe with one word. I've known Cory ever since elementary school, to be exact around third grade is when he started at Bonillas, so about 20 years. Our friendship started there and is still ongoing. Ive seen him grow from a ADHD riddled child, bouncing off walls, to a more thoughtful, very patient and well centered man. From Bonillas to Dodge Middle School and onto Tucson High, I saw my best friend grow into the man he is today. Cory will always try his best to help a friend out or even a complete stranger; no one is left unhelped. He takes time out of his day, even after work, even on his days off to help with whatever the task is at hand. Cory and I have a lot of mutual friends that are less mechanically inclined. Cory is the main guy to call because hes just so good at whatever he does. He teaches you while at the same time showing you how its done. I have an old vehicle that's practically a lemon and at times, I get frustrated with it, Cory always helps no matter the condition of the job. Not only is he a great friend but a great ear whenever I needed someone to talk to. Any short comings or feeling helpless, Cory's postive attitude always helped. He's a master home renovator, a damn near master mechanic, a gym trainer to pretty much anything you need him to be. He can master it all, and he will be there to assist you in any way possible every step of the way. Cory is the definition of a true friend.

*Omar Vidal*

Keano Chavez
kjchavez97@gmail.com
(520) 891-9794

Dear Honorable Judge,

I am writing this letter in support of my good friend Cory Konold. I have known Cory for the past 14 years, and he has always been a kind, compassionate, and responsible individual. I am writing this letter to appeal to you on behalf of Cory, who is currently in a tough situation.

In the time I have known Cory, I have seen him go out of his way to help others. He is always willing to lend a hand to those in need, and he has a strong sense of community. Cory is an upstanding citizen who has always respected the law and followed rules. He is a responsible person who takes his obligations seriously.

Cory understands the gravity of his situation, and he is remorseful for his actions. He has taken steps to make amends and is committed to learning from his mistakes. I strongly believe that Cory is a good person who made a mistake and that he deserves a chance to make things right. When you make your decision, please take into account his character and the lessons he has learned from this lapse in judgment.

Thank you for your time and attention.

Sincerely,

Keano Chavez

Sarah Chavez
sarahchavez421@gmail.com
(520) 278-3437

Dear Honorable Judge,

I am writing this letter on behalf of Cory Konold, whom I have known for the past five years. In that time, I have come to know Cory as a deeply compassionate, hardworking, and dedicated person who has always strived to make a positive impact on those around him.

While I am aware of the charges that have been brought against Cory, I would like to emphasize that this is not indicative of his character as a person. Rather, it was a lapse in judgment that does not reflect the kind, honest, and respectable person that he truly is.

I believe that Cory has already taken responsibility for his actions and has shown genuine remorse for any harm that may have been caused. I also believe that he is committed to making amends and becoming a better person overall. Given the opportunity, I am confident that he will emerge from this experience a changed and better person.

Therefore, I respectfully request that the court consider a reduced sentence for Cory, one that takes into account his positive qualities, his commitment to learning from his actions, and his potential for a bright future. Thank you for your time and consideration.

Sincerely,

Sarah Chavez